FILED
MISSOULA, MT

2006 JUN 23  AM 8 01

IN THE UNITED STATES DISTRICT COURT
PATRICK E. DUFFY

FOR THE DISTRICT OF MONTANA

DEPUTY CLERK

MISSOULA DIVISION

| | | |
|---|---|---|
| MICHAEL A. ELLENBURG, | ) | CV 06-61-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ALLEN POWELL, DEBRA SULLIVAN, | ) | |
| LEE RAND, KIRBY CO. OF MONTANA | ) | |
| JULIE B. SCHWARTZ, U OF M | ) | |
| ASSOCIATION, AND | ) | |
| SANDRA GUNDERSON P.P.O, | ) | |
| ET. AL. | ) | |
| Defendant. | ) | |
| | ) | |

On May 22, 2006, United States Magistrate Judge Leif B.
Erickson entered a Findings and Recommendation in this matter.
(Document 7).  Pursuant to *Minetti v. Port of Seattle*, 152 F.3d
1113, 1114 (9th Cir. 1998), Plaintiff is not entitled to object.
The Findings and Recommendation is now reviewed and adopted in
full.

Standing Order No. DWM-27 holds that "no prisoner may maintain
more than two (2) civil actions *in forma pauperis* at one time
unless the prisoner shows that he or she is under imminent danger
of serious physical injury." Plaintiff has two *in forma pauperis*
civil actions currently pending (See Civil Actions CV-04-01-H-CSO
and CV-06-059-M-LBE) and fails to show he was in imminent danger of

-1-

serious physical injury in relation to this specific complaint. The alleged wrongful actions of Defendants in revoking Plaintiff's probation do not meet the requirements of Standing Order No. DWM-27.

Based on the foregoing reasons, this Court adopts Judge Erickson's Findings and Recommendation in full.

Accordingly, IT IS **HEREBY ORDERED**:

1.    Plaintiff's Motion to Proceed *In Forma Pauperis* (Document 2) is **DENIED** pursuant to Standing Order No. DWM-27.

2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** unless Plaintiff pays the full filing fee of $350.00 within fourteen calender days of the signing of this Order.

3.    Plaintiff's Motion for Discovery is **DENIED AS MOOT**.

DATED this ___27th___ day of June, 2006.

Donald W. Molloy, Chief Judge
United States District Court